UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No.   CV 00-4321 FMC(RCx)                Date:   August 31, 2000

Title:   HARLAN ELLISON v STEPHEN ROBERTSON, et al.

==================================================================

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

| Alicia Mason | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                              Not present

PROCEEDINGS:    (In Chambers) DENIAL OF PLAINTIFF'S REQUEST

The Plaintiff has lodged with the Court a Request to File Second Amended Complaint. Although the request states that it is filed "pursuant to this Court's Order granting defendant AOL's Motion to Dismiss", the proposed amended pleading goes far beyond the parameters of that order, adding new parties and new causes of action.

The request is DENIED. If plaintiff wishes to add new parties and causes of action, he must do so by way of noticed motion pursuant to FRCvP Rule 15.

MINUTES FORM 11                          Initials of Deputy Clerk ___
CIVIL - GEN

ENTERED ON ICMS
SEP 1 2000
CV