UNITED STATES DISTRICT COURT    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 00-4321 FMC(RCx)                    Date:  June 7, 2004

Title:  HARLAN ELLISON v AMERICA ONLINE, INC., et al.

======================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

|  Alicia Mamer  | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

John Carmichael                      Daniel Schecter

PROCEEDINGS:   STATUS CONFERENCE AFTER REMAND FROM NINTH CIRCUIT COURT
               OF APPEALS    (In Chambers)

The parties advise the Court of settlement; the Court's Notice of Settlement Order to issue.



DOCKETED ON CM
JUN - 9 2004
BY _____ 005

MINUTES FORM 11                              Initials of Deputy Clerk ___
CIVIL - GEN

232