LATHAM & WATKINS LLP
  Daniel Scott Schecter (State Bar No. 171472)
  Belinda S Lee (State Bar No. 199635)
  633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant America Online, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARLAN ELLISON, an Individual, | CASE NO. 00-04321 FMC (RCx) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| STEPHEN ROBERTSON, an Individual; AMERICA ONLINE, INC., a Corporation; REMARQ COMMUNITIES, INC., a Corporation; CRITICAL PATH, INC.; a Corporation; "CITIZEN 513," an Individual, and DOES 1 through 10, | |
| Defendants. | |

DOCKETED ON CM
JUL - 7 2004
BY _____ 005

234

**IT IS HEREBY STIPULATED AND AGREED** by and between all of the parties to this action, through their respective undersigned counsel, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and counsel fees.

Dated: June 3, 2004

KULIK, GOTTESMAN, MOUTON & SIEGEL LLP
Glen Kulik

By _____
Glen Kulik
Attorneys for Plaintiff Harlan Ellison

Dated: June __, 2004

LATHAM & WATKINS LLP
Daniel Scott Schecter
Belinda S Lee

By _____
Belinda S Lee
Attorneys for Defendant America Online, Inc.

Good cause appearing therefor, IT IS SO ORDERED.

Dated: _____

Hon. Florence-Marie Cooper
United States District Judge

1

**IT IS HEREBY STIPULATED AND AGREED** by and between all of the parties to this action, through their respective undersigned counsel, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and counsel fees.

Dated: June __, 2004

KULIK, GOTTESMAN, MOUTON & SIEGEL LLP
Glen Kulik

By_____
Glen Kulik
Attorneys for Plaintiff Harlan Ellison

Dated: June 30, 2004

LATHAM & WATKINS LLP
Daniel Scott Schecter
Belinda S Lee

By_____
Belinda S Lee
Attorneys for Defendant America Online, Inc.

Good cause appearing therefor, **IT IS SO ORDERED.**

Dated: July 2, 2004

_____
Hon. Florence-Marie Cooper
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **July 1, 2004**, I served the following document described as:

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Charles L. Kulik, Esq.
John H. Carmichael, Esq.
KULIK GOTTESMAN & MOUTON. LLP
15303 Ventura Blvd.
Suite 1400
Sherman Oaks, CA 91403

Charles Petit, Esq.
Law Offices of Charles E. Petit
1012 North Busey
Urbana, IL 61801

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 1, 2004**, at Los Angeles, California.

_____
Lisa Campfield

LA\1261176.1